406 So.2d 1115 (1981)
STATE of Florida, Petitioner,
v.
Charles B. WILLIAMS, Respondent.
No. 60536.
Supreme Court of Florida.
November 25, 1981.
Jim Smith, Atty. Gen. and Edwin H. Duff, III, Asst. Atty. Gen., Daytona Beach, for petitioner.
Richard L. Jorandby, Public Defender and Margaret Good, Asst. Public Defender, West Palm Beach, for respondent.
PER CURIAM.
Affirmed. 400 So.2d 471 (Fla.App.). Murray v. State, 403 So.2d 417 (Fla. 1981).
ADKINS, Acting C.J., and BOYD, OVERTON, ALDERMAN and McDONALD, JJ., concur.